# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-23-00314-CR
NO. 03-23-00315-CR

**Bobby Mitchell, Appellant**

**v.**

**The State of Texas, Appellee**

FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY, NOS. 17,530 & 17,531
THE HONORABLE CHRISTOPHER DARROW DUGGAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Bobby Mitchell was convicted after pleading guilty to the offenses of assault of a family member while having a previous conviction, aggravated assault with a deadly weapon, and forgery. Tex. Penal Code §§ 22.01, .02 (assault offenses) (appellate cause No. 03-23-00314-CR), 31.21 (forgery) (appellate cause No. 03-23-00315-CR). The court assessed punishment at six years in prison for each offense with all three sentences to be served concurrently with credit for time served.

Mitchell's court-appointed attorney on appeal has filed a motion to withdraw supported by an *Anders* brief for both appeals contending that these appeals are frivolous and without merit. *See Anders v. California*, 386 U.S. 738, 744-45 (1967). Mitchell's court-appointed attorney's brief meets the requirements of *Anders* by presenting a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced.

*See id.*; *Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *see also Penson v. Ohio*, 488 U.S. 75, 81-82 (1988) (explaining that *Anders* briefs serve purpose of "assisting the court in determining both that counsel in fact conducted the required detailed review of the case and that the appeal is . . . frivolous"). Mitchell's counsel has represented to the Court that he provided copies of the motion and brief to Mitchell and advised Mitchell of his right to examine the appellate record, file a pro se brief, and pursue discretionary review following the resolution of the appeals in this Court. He also provided to Mitchell a Motion for Pro Se Access to the Appellate Record lacking only Mitchell's signature and the date and provided the mailing address for this Court. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014). Thereafter, Mitchell filed a motion to dismiss his appointed counsel and to have new counsel appointed. He also requested a copy of the record. Mitchell's motion for a second appointed appellate counsel was denied. The trial court clerk informed this Court by letter that the record was sent to Mitchell. Mitchell has not filed a pro se brief nor a motion for extension of time to file a brief.

We have independently reviewed the record and have found nothing that might arguably support the appeals. *See Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766. We agree with counsel that the appeals are frivolous and without merit. We affirm the trial court's judgments and grant counsel's motion to withdraw in both appeals.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Affirmed

Filed:   July 24, 2024

Do Not Publish